IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01667-CMA-MJW

SEE-SAW SHUMAKER,

    Plaintiff,

v.

ERIK K. SHINSEKI, Secretary, Department of Veterans Affairs,

    Defendant.

## ORDER DISMISSING CERTAIN CLAIMS

This matter is before the Court on Plaintiff's Motion for Dismissal [of Claims] (Doc. # 36). The Motion is GRANTED. Having read the motion and being fully advised in the premises, it is hereby

ORDERED that Plaintiff's Fourth and Fifth Claims for Relief for Breach of Implied Contract and Promissory Estoppel are DISMISSED WITH PREJUDICE.

DATED:  July   23  , 2013

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge