IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01667-CMA-MJW

SEE-SAW SCHUMAKER,

Plaintiff,

v.

ERIK K. SHINSEKI, Secretary, Department of Veterans Affairs,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Leave to Supplement Her Response to Defendant's Motion for Summary Judgment (Docket No. 42) is GRANTED for good cause shown. The court will consider the additional affidavit (Docket No. 42-1) as part of plaintiff's Response (Docket No. 37) to defendant's Motion for Summary Judgment (Docket No. 31). Defendant shall have up to and including August 16, 2013 to file any supplement to his Reply (Docket No. 41) deemed necessary in view of the additional affidavit.

Date: August 7, 2013