# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-01667-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**  September 09, 2013 | Courtroom Deputy, Ellen E. Miller |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| SEE-SAW SHUMAKER, | Timothy Nemechek |
| Plaintiff(s), | |
| v. | |
| ERIK K. SHINSEKI, Secretary, Department of Veterans Affairs, | William G. Pharo |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   FINAL PRETRIAL CONFERENCE / MOTION HEARING
**Court in Session:**   9:55 a.m.
Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:   The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

The Court raises Defendant's Motion to Strike Supplemental Affidavit for argument.
Argument by Mr. Pharo on behalf of defendant.
Argument by Mr. Nemechek on behalf of plaintiff.

**It is ORDERED:**   Defendant's MOTION TO STRIKE SUPPLEMENTAL AFFIDAVIT [Docket No. **48**, filed August 16, 2013] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**   DISCOVERY is re-opened up to and including **OCTOBER 31, 2013** for the limited purpose of parties conducting certain depositions.
• Plaintiff may take depositions of:
Gilbert McKay
Yolanda Hobart
Dr. Sandra Baker
• Defendant may take depositions of:
Pamela Williams
Donald Dediemar

Parties shall file their Deposition Schedule as to the additional 3 or 5 depositions they wish to take.

**It is ORDERED:**    Defendant shall have up to and including ten (10) days following the deposition of Pamela Williams to file a SUPPLEMENTAL REPLY as to Defendant's Motion for Summary Judgment, Judgment on the Pleadings and Supporting Brief [Docket No. **31**, filed June 17, 2013].

Defendant's counsel advises the Court that no Supplemental Reply will be necessary to the Defendant's Partial Motion to Dismiss as the deposition of Ms. Williams will not affect the argument.

The parties anticipate a five (5) day trial. Some claims will be tried to a jury and some claims to the court.

Hearing concluded.
**Court in recess:**    10:29 a.m.              Total In-Court Time 00:34

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.