IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01667-CMA-MJW

SEE-SAW SHUMAKER,

    Plaintiff,

v.

ERIK K. SHINSEKI, Secretary, Department of Veterans Affairs,

    Defendant.

## ORDER AFFIRMING SEPTEMBER 23, 2013 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the September 23, 2013 Recommendation by United States Magistrate Judge Michael J. Watanabe that Defendants' Partial Motion to Dismiss (Doc. # 30) be granted. (Doc. # 62.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 45 at 17-18.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Partial Motion to Dismiss and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 62) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Partial Motion to Dismiss (Doc. # 30) is GRANTED. It is

FURTHER ORDERED that claims one and three are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that claim two is DISMISSED WITHOUT PREJUDICE to the extent it involves a claim that Plaintiff was terminated in March 2011 in retaliation for engaging in a protected activity.

DATED: October __16__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge