**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01667-CMA-MJW

SEE-SAW SHUMAKER,

    Plaintiff,

v.

ERIK K. SHINSEKI, Secretary, Department of Veterans Affairs,

    Defendant.

---

**ORDER AFFIRMING SEPTEMBER 23, 2013 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the September 23, 2013 Recommendation by United States Magistrate Judge Michael J. Watanabe that Defendants' Motion for Summary Judgment, Judgment on the Pleadings (Doc. # 31) be granted. (Doc. # 63.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 45 at 17-18.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Motion for Summary Judgment, Judgment on the Pleadings and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 63) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion for Summary Judgment, Judgment on the Pleadings (Doc. # 31) is GRANTED. It is

FURTHER ORDERED that claim two is DISMISSED WITH PREJUDICE to the extent it involves a claim that Plaintiff was subjected to a hostile work environment and harassment in retaliation for engaging in a protected activity. It is

FURTHER ORDERED that claim six is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that, if Plaintiff wishes to proceed with claim six, she must file an amended complaint by no later than November 18, 2013. Failure to file an amended complaint by this date will result in this case being closed. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for March 24, 2014, Jury Selection set for March 31, 2014, and the five-day Trial set for April 7, 2014, are VACATED.

DATED: October __16__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge