**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-1667-CMA-MJW

SEE-SAW SHUMAKER,

    Plaintiff,

v.

ERIK K. SHINSEKI,Secretary, Department of Veterans Affairs,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Dismissing Case of Judge Christine M. Arguello entered on April 11, 2014 it is

    ORDERED that Plaintiff's Second Amended Complaint is STRICKEN for failure to comply with the Court's orders.  It is

    FURTHER ORDERED that  there is no just reason for delay of entry of final judgment in favor of Defendant Erik Shinseki and  against  Plaintiff See-Saw Shumaker.

    FURTHER ORDERED that defendant is awarded costs, to be taxed by the Clerk of Court pursuant to Fed. R. Civ. P. 54 (d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 17th day of April, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/  Sandra Hartmann
                              Sandra Hartmann
                              Deputy Clerk